United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MONE SHIPPING CO. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | C.A. NO. 3:19-cv-76 |
| NORVIC SHIPPING INTERNATIONAL LTD. | § § § § | ADMIRALTY – Rule 9(h) |
| Defendant. | § § | |

**ORDER AUTHORIZING THE ISSUANCE OF**
**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Having reviewed and considered the Motion for the issuance of a Process of Maritime Attachment and Garnishment of Plaintiff Mone Shipping Co., Plaintiff's Verified Original Complaint, together with the Affidavit of Eugene W. Barr, and finding that the conditions of Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure appear to exist, the Court hereby

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Southern District of Texas to attach and seize in the amount sued for, $487,016.92, with interest accruing, Defendant's goods, chattels, credits and effects, including, but not limited to the bunkers and any intermediate fuel oil and marine diesel oil presently onboard the M/V TAI SPLENDOR, and certain advances, monies, goods and chattels, or credits and effects, which belong to, are the property of, are held in a fiduciary capacity for, are owed to or are otherwise claimed by Defendant Norvic Shipping International Ltd. which are in the

possession, custody or control of the Master aboard the M/V TAI SPLENDOR, which vessel now is or will be during the pendency of this action within the Southern District of Texas;

ORDERS that during the period of attachment, the M/V TAI SPLENDOR is permitted to continue cargo operations, both discharging and loading, and to shift berths, always remaining within the Port of Galveston, Texas, or otherwise within the territorial jurisdiction of this Court, but at the risk and expense of the vessel interests; and

ORDERS that the M/V TAI SPLENDOR and the tangible and intangible personal property belonging to Defendant can be released from seizure without the necessity of further orders of this Court, provided that the U.S. Marshal receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order.

In order to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendant, or the Garnishee herein, the Court hereby directs the U.S. Marshal to notify Defendant and the Garnishee that a hearing before this Court may be set by calling the case manager of the undersigned, William Bostic, at 409-766-3555.

SIGNED at Galveston, Texas this 22nd day of February, 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE Andrew Edison