Case 3:19-cv-00076   Document 13   Filed on 05/14/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MONE SHIPPING CO., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00076 |
| | § | |
| NORVIC SHIPPING INTERNATIONAL LTD., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On May 13, 2019, the Plaintiff filed a Notice of Dismissal Without Prejudice (Dkt. 12) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 14th day of May, 2019.

_____
George C. Hanks Jr.
United States District Judge